**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------------X

NICHOLAS WILEY,

         Plaintiff,

    -against-

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY,

         Defendant.
----------------------------------------------------------------------------X

**Case No.: 1:24-cv-00072**
**(MAD/ML)**

**PLAINTIFF'S NOTICE OF**
**CROSS-MOTION FOR**
**SUMMARY JUDGMENT**

TO: Max Gershweir, Esq.
   Gunnercooke US LLP
   475 Park Avenue South, Suite 2300
   New York, New York 10016
   *Attorneys for Defendant*
   *Mesa Underwriters Specialty Insurance Company*

   **PLEASE TAKE NOTICE** that, upon the Affirmation of Michael Treybich, with exhibits, the Declaration of Nicholas Wiley, the stipulation of facts of the parties, with exhibits, Plaintiff's Counter-Statement of Undisputed Material Facts, and Plaintiff's supporting Memorandum of Law, Plaintiff Nicholas Wiley ("Wiley") will cross-move this Court, before the Honorable Mae A. D'Agostino, USDJ, Unites States District Court, Northern District of New York, James T. Foley U.S. Courthouse, Albany, NY 12207, as soon as counsel may be heard, for an order pursuant to Federal Rule of Civil Procedure 56, granting summary judgment on Plaintiff Nicholas Wiley's claims against Defendant Mesa Underwriters Specialty Insurance Company.

Dated: Poughkeepsie, New York
   November 19, 2024

               _____
               Michael Treybich, Esq., (MT2313)
               TREYBICH LAW, P.C.
               *Attorneys for the Plaintiff*
               272 Mill Street
               Poughkeepsie, NY 12601
               (845) 554-5295