**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
NICHOLAS WILEY,                                          **Case No.: 1:24-cv-00072**
                                                        **(MAD/ML)**
                              Plaintiff,

        -against-                                       **PLAINTIFF'S RULE 56.1**
                                                        **COUNTER-STATEMENT**
MESA UNDERWRITERS SPECIALTY                             **AND STATEMENT**
INSURANCE COMPANY,                                      **OF UNDISPUTED**
                                                        **MATERIAL FACTS**
                              Defendant.
-------------------------------------------------------------------------X

Plaintiff Nicholas Wiley ("Plaintiff") by Michael Treybich, submits the within counter-statement to the Defendant, MESA Underwriters Specialty Insurance Company (the "Defendant") as well as Plaintiff's statement of additional undisputed material facts in support of the Plaintiff's cross-motion for summary judgment.

## RESPONSE TO DEFENDANT'S RULE 56.1 STATEMENT

1. Plaintiff agrees.

2. Plaintiff agrees.

3. Plaintiff agrees that is what the insurance policy says in that place, however, that is not a "fact", but rather a matter of law for the Court to determine what import it has, if any.

4. Plaintiff agrees.

5. Plaintiff agrees.

6. Plaintiff agrees that is what the document says in that place, however, that is not a "fact", but rather a matter of law for the Court to determine what import it has, if any.

7. Plaintiff disagrees to the extent that Defendant claims that the disclaimer was sent to Chicketa Watson, the member of Jumpstart. (*see*, Exhibit 3 – the Defendant's disclaimer notice is clearly not addressed to Chicketa Watson)

8. Plaintiff has no reason to disagree, but this is also irrelevant.

## PLAINTIFF'S STATEMENT OF UNDISPUTED
## MATERIAL FACTS PURSUANT TO RULE 56.1

1.      Plaintiff was present upon premises owned by "Playhouse and Elwynn Limited Partnership" and "Woodstock Commons Housing Development Funding Company, Inc." located in Woodstock, NY. (hereinafter, the "Owner"); (Exhibit A, ¶¶4, 10)

2.      The Owner hired Libolt & Sons, Inc. to serve as the general contractor for a project at said premises. (hereinafter, the "General Contractor"); (Exhibit A, ¶5)

3.      The General Contractor hired DJ Heating & Cooling, as an HVAC subcontractor, to perform HVAC work at the premises. (hereinafter, the "HVAC Subcontractor"); (Exhibit A, ¶6)

4.      Separately, to perform sheetrock installation, the General Contractor hired "Rocker II Drywall Services, LLC" to perform sheetrock installation at the premises. (hereinafter, the "Sheetrock Subcontractor"); (Exhibit A, ¶7)

5.      The Sheetrock Subcontractor purchased its materials, namely sheetrock, from Marjam Supply Co., Inc. (hereinafter, the "Material Supplier"); (Exhibit A, ¶8)

6.      Finally, the Material Supplier hired Jumpstart Reality, LLC to deliver the sheetrock purchased by the Sheetrock Subcontractor to the premises (Exhibit A, ¶9)

7.      Plaintiff sued in NY Supreme Court, Ulster County, under Index Number 13-1727 to recover damages for his injuries against, among others, the Insureds. (Exhibit A, ¶11); (Exhibit 2)

8.      The Plaintiff was awarded judgment against the Insureds on January 6, 2021[1], which was entered with the Ulster County Clerk on January 22, 2021, in the amount of one million four hundred thousand dollars ($1,400,000.00).  (hereinafter, the "Judgment"); (Exhibit 5)

---

[1] The signed judgment is erroneously dated as having been signed on January 6, 2020.

9.      The Judgment remains unsatisfied today. (Wiley Declaration ¶11)

10.     The Insurance Policy was in effect from December 7, 2011 to December 7, 2012. (Exhibit 1, page 3)

11.     Plaintiff was injured on July 30, 2012 when sheetrock delivered and negligently stacked by the Insured's personnel fell on him. (Exhibit A, ¶10); (Wiley Declaration, ¶7)

12.     Pursuant to NY Insurance Law §3420(a)(2), notice of entry of the Judgment was served upon the Insureds and the Defendant on June 30, 2023. (Exhibit A, ¶17); (Treybich Affm. ¶6)

13.     This action was commenced in the NY Supreme Court, Ulster County, on November 14, 2023, and on January 16, 2024 was removed to the United States District Court for the Northern District of New York by Defendant on the basis of diversity jurisdiction. (Exhibit A, ¶¶7, 8)

Dated: Poughkeepsie, New York
       November 19, 2024

Michael Treybich, Esq., (MT2313)
TREYBICH LAW, P.C.
*Attorneys for the Plaintiff*
272 Mill Street
Poughkeepsie, NY 12601
(845) 554-5295