**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

NICHOLAS WILEY,

                             Plaintiff,

                      -against-

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY,

                           Defendant.

-----------------------------------------------------------------------X

**Case No.: 1:24-cv-00072 (MAD/ML)**

**DECLARATION OF NICHOLAS WILEY**

I, Nicholas Wiley, attest as follows:

1.     I am the Plaintiff in the above-referenced action.

2.     I submit this declaration in opposition to the Defendant's motion for summary judgment to dismiss the complaint, and in support of my cross-motion for summary judgment granting judgment to me.

3.     I was present on real property on which a construction project, called "Woodstock Commons" was ongoing.

4.     I was there performing work for my employer, DJ Heating & Air Conditioning, which does HVAC work only.

5.     It is my understanding that my employer had been hired by the general contractor on said project, Libolt & Sons, Inc. to provide HVAC installation services for the project.

6.     We had no other agreement, contact or communications with any other contractor on the project.

7.     While on site, I was walking through a room and sheetrock which had been negligently stacked by Jumpstart Reality, LLC, the insured of the Defendant herein, fell on me, crushed my leg and caused severe injuries.

8.    Since then I have undergone multiple surgeries and have been unable to hold down a job which requires me to walk to stand for significant periods of time, which disqualifies me from any HVAC work or any other type of construction.

9.    Further, my quality of life has been significantly diminished in that I can no longer enjoy many of the hobbies that I previously enjoyed.

10.    My attorneys obtained a judgment for $1,400,000.00 against Jumpstart Reality, LLC and its principal, Chicketa Watson for my injuries stemming from their default.

11.    No payments have been made whatsoever, and the judgement remains unsatisfied to this day.

I declare, pursuant to 28 U.S.C. §1746, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 15, 2024, at Ulster County, New York.

Nicholas Wiley
Nicholas Wiley