**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X

NICHOLAS WILEY,                                    **Case No.: 1:24-cv-00072**
                                                   **(MAD/ML)**

                        Plaintiff,

                                                   **AFFIRMATION OF**
            -against-                              **MICHAEL TREYBICH**

MESA UNDERWRITERS SPECIALTY
INSURANCE COMPANY,

                        Defendant.
------------------------------------------------------------------------X

Michael Treybich, an attorney duly admitted to practice in the courts of the State of New York, affirms the following under the penalty of perjury:

1)    I am the attorney for the Plaintiff, Nicholas Wiley.

2)    The facts set forth herein are based upon my personal knowledge, said knowledge being based upon my own experiences, the files of the New York State Supreme Court, Ulster County, the files of this Court, as well as the file maintained by my office.

3)    Mr. Wiley had previously filed suit in the New York State Supreme Court, Ulster County, under Index Number 13-1727 to recover damages for the injuries he sustained as a result of an accident against, among others, the non-parties Jumpstart Reality LLC and its principal, Chicketa Watson.

4)    Jumpstart Reality LLC and Chicketa Watson were the insureds of the Defendant insurance company under policy number MP0006001008894.

5)    The Plaintiff was awarded a judgment against Jumpstart Reality LLC and Chicketa Watson, on January 6, 2021 and entered with the Ulster County Clerk on January 22, 2021, in the amount of $1,400,000.00.

6)      On June 30, 2023, I served the Defendant and its insureds with notice of entry of such judgment with a copy of the judgment by first class mail.

7)      Plaintiff commenced an action against the Defendant in the New York State Supreme Court, Ulster County, Index No. EF2023-2739 on November 14, 2023, to recover on the Judgment.

8)      That action was removed by the Defendant to this Court based upon diversity jurisdiction by filing a notice of removal on January 16, 2024.

9)      The parties entered into a Stipulation of the Facts, also relating to certain documents which were included as exhibits to that stipulation. (Copy of the Stipulation of Facts, with Exhibits, annexed hereto as "Exhibit A" and for convenience, the exhibits are filed separately and numbered Exhibit 1 through Exhibit 5)

10)     The Plaintiff now makes this motion for summary judgment.

11)     No prior request has been made for this relief to this, or any other court.

Dated: Poughkeepsie, New York
           November 19, 2024

_____
Michael Treybich, Esq., (MT2313)
TREYBICH LAW, P.C.
*Attorneys for the Plaintiff*
272 Mill Street
Poughkeepsie, NY 12601
(845) 554-5295