UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NICHOLAS WILEY,                                      Civil Action No. 1:24-cv-00072

              Plaintiff,

    -against-                                   **Hon. Mae A. D'Agostino, USDJ**

MESA UNDERWRITERS
SPECIALTY INS. CO.,

              Defendant.

## STIPULATION OF FACTS

Plaintiff, Nicholas Wiley (hereinafter, "Wiley") and Defendant Mesa Underwriters Specialty Ins. Co. f/k/a Montpelier U.S. Insurance Company (hereinafter, "MUSIC"), by their respective counsel, hereby stipulate and agree to the facts set forth below.

1.     MUSIC is an insurance company domiciled in New Jersey.

2.     The non-party Jumpstart Reality LLC (hereinafter, the "Insured") is or was at all relevant times, a limited liability company domiciled in Connecticut.

3.     The Insured was the insured of MUSIC under policy number MP0006001008894 (hereinafter, the "Insurance Policy"). (Copy of the Insurance Policy is annexed hereto as Exhibit 1.)

4.     Playhouse and Elwynn Limited Partnership and Woodstock Commons Housing Development Funding Company, Inc., (hereinafter, the "Owner") owned certain premises located in Woodstock, New York (hereinafter, the "Premises").

5.     As part of a construction project to erect multi-family buildings on the Premises as part of the "Woodstock Commons Project", the Owner hired Libolt & Sons, Inc. (hereinafter, the "General Contractor") to serve as the general contractor.

6.    The General Contractor hired DJ Heating & Cooling (hereinafter, the "HVAC Subcontractor"), Wiley's employer, as an HVAC subcontractor, to perform HVAC work at the Premises.

7.    Separately, to perform sheetrock installation, the General Contractor hired Rocker II Drywall Services, LLC (hereinafter, the "Sheetrock Subcontractor") to perform sheetrock installation at the Premises.

8.    The Sheetrock Subcontractor purchased its materials for the project at the Premises, including sheetrock, from Marjam Supply Co., Inc. (hereinafter, the "Material Supplier").

9.    The Material Supplier hired the Insured to provide laborers to offload from the Material Supplier's truck and distribute on the Premises the sheetrock purchased by the Sheetrock Subcontractor.

10.    On July 30, 2012, Wiley was allegedly injured at the Premises while in the course of employment with the HVAC Subcontractor when sheetrock placed by the Insured's personnel fell on him ("the Accident").

11.    Wiley filed suit in the New York State Supreme Court, Ulster County, under Index Number 13-1727 (hereinafter, the "Underlying Action") to recover damages for the injuries he allegedly sustained as a result of the Accident against, among others, the Insured and its principal Chicketa Watson (hereinafter, the "Principal"). (Copy of Wiley's Second Amended Verified Complaint in the Underlying Action is annexed hereto as Exhibit 2.)

12.    MUSIC was first notified of the Accident and the Underlying Action on December 5, 2014, when it received the Underlying Action complaint from an insurance

agency that had placed the Insured's workers' compensation insurance policy, which, in turn, had received notice directly from Wiley's counsel.

13.     By letter dated and mailed on December 22, 2014, to the Insured, MUSIC disclaimed coverage to the Insured and all other parties to the Underlying Action as respects the Accident and the Underlying Action." (Copy of the disclaimer letter is annexed hereto as Exhibit 3.)

14.     The Insured and the Principal failed to appear in the Underlying Action and a default judgment was entered against them.

15.     By Order dated January 26, 2017, the court in the Underlying Action granted the appearing defendants summary judgment dismissing the complaint against them in a ruling setting forth certain undisputed facts relating to the Accident. (Copy of the Order dated January 26, 2017, is annexed hereto as Exhibit 4.)

16.     Wiley was awarded a judgment against the Insured and the Principal signed by the Honorable Christopher E. Cahill, JSC, on January 6, 2021[1] and entered with the Ulster County Clerk on January 22, 2021, in the amount of $1,400,000.00 (hereinafter, the "Judgment"). (Copy of the Judgment is annexed hereto as Exhibit 5.)

17.     Notice of entry of the Judgment with a copy of the Judgment were served upon MUSIC and the Insured by first class mail on June 30, 2023.

18.     Wiley commenced an action against MUSIC in the New York State Supreme Court, Ulster County, Index No. EF2023-2739 on November 14, 2023, to recover on the Judgment.

---

[1] The signed judgment is erroneously dated as having been signed on January 6, 2020.

19.     That action was removed by MUSIC to this Court by MUSIC based upon diversity jurisdiction by filing a notice of removal on January 16, 2024.

[remainder left blank intentionally]

Dated: Poughkeepsie, New York
       October 10, 2024

Dated: New York, New York
       September 16, 2024

_____

Michael Treybich, Esq
TREYBICH LAW, P.C.
Attorneys for Plaintiff
272 Mill Street
Poughkeepsie, NY 12601
(845) 554-5295

_____

Max Gershweir, Esq.
GUNNER*COOKE* US LLP
Attorneys for Defendant
475 Park Avenue South, Suite 2300
New York, NY 10016
(646) 440-8375