# EXHIBIT 3

**WADE CLARK MULCAHY** | ATTORNEYS

111 Broadway | New York | NY 10006 | 212.267.1900 | 212.267.9470 Fax | www.wcmlaw.com

December 22, 2014

***Certified Mail Return Receipt Requested
and First Class Mail***

Jumpstart Realty, LLC
c/o Wayne McClain
741 Brewster Street
Bridgeport CT 06605



ATTORNEYS

Re:    Nicholas Wiley v. Jumpstart Realty, *et al.*
       Insured:       Jumpstart Realty LLC
       Policy No.:    MP0006001008894
       Date of Loss:  07/30/2012
       Claim No.:     113275-01
       Our File No.:  440.8893.1MB/JR

## DISCLAIMER OF COVERAGE

Mr. McClain,

We act as counsel for Montpelier US Insurance Company (MUSIC) and write at MUSIC's direction. MUSIC has received notice of a lawsuit filed against you by Nicholas Wiley in the State of New York Supreme Court- *Nicolas Wiley v. Jumpstart Reality LLC, et. al.* County of Ulster under Index No.: 2013-1727 (the Lawsuit").

MUSIC issued Commercial General Liability policy number MP 0006001008894 to Jumpstart Realty, LLC with effective dates December 7, 2011 to December 7, 2012. The insured's Business Description is listed as Building Material Delivery. The insured's mailing address is. Policy limits are $1,000,000 per occurrence and $2,000,000 in the General Aggregate.

For reasons set forth below, MUSIC hereby informs you that there is no coverage under your policy for the Lawsuit. MUSIC has no duty to defend or indemnify you with respect to this Lawsuit and hereby disclaims coverage to you, Jumpstart Realty, LLC, and all other parties.

All of the Policy terms, conditions, exclusions, definitions and endorsements cited in this letter are provided for your convenience. However, you should refer to the actual MUSIC policy for all of the terms, conditions, exclusions, definitions and endorsements therein.

**WADE CLARK MULCAHY** | ATTORNEYS

Wayne McClain
Jumpstart Realty, LLC
December 22, 2014
Page 2 of 9

MUSIC first calls your attention to CG 00 01 12 04- SECTION I COVERAGES-
COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY-
1. Insuring Agreement.

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally
obligated to pay as damages because of "bodily injury" or
"property damage" to which this insurance applies. We will have
the right and duty to defend the insured against any "suit" seeking
those damages. However, we will have no duty to defend the
insured against any "suit" seeking damages for "bodily injury" or
"property damage" to which this insurance does not apply.

\* \* \*

MUSIC next calls your attention to the Policy's exclusions found in
COMMERCIAL GENERAL LIABILITY COVERAGE FORM (CG 00 01 12 04)
Section 1 – COVERAGE A:

\* \* \*

### 2. Exclusions

This insurance does not apply to:

\* \* \*

### b. Contractual Liability

.... "bodily injury" for which the insured is obligated to pay
damages by reason of the assumption of liability in a
contract or agreement. This exclusion does not apply to
liability for damages:

(1) That the insured would have in the absence of the
contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured
contract", provided the...."property damage" occurs
subsequent to the execution of the contract or agreement.

\* \* \*

**WADE CLARK MULCAHY** | ATTORNEYS

Wayne McClain
Jumpstart Realty, LLC
December 22, 2014
Page 3 of 9

MUSIC next calls your attention to Section IV- COMMERCIAL GENERAL LIABILITY CONDITIONS within Form CG 00 01 12 04:

\* \* \*

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

(1) How, when and where the "occurrence" or offense took place;
(2) The names and addresses of any injured persons and witnesses; and
(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and
(2) Notify us as soon as practicable.
(3) You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";
(2) Authorize us to obtain records and other information;
(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and
(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

\* \* \*

**WADE CLARK MULCAHY** | ATTORNEYS

Wayne McClain
Jumpstart Realty, LLC
December 22, 2014
Page 4 of 9

MUSIC next calls your attention to Section V- DEFINITIONS within Form CG 00 01 12 04:

\* \* \*

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

\* \* \*

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

\* \* \*

**10.**"Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

\* \* \*

**13.**"Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

\* \* \*

**18.**"Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged.

**19.**"Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

\* \* \*

MUSIC next directs your attention to Endorsement **MUS 01 01 20007 12 07-** Limited Coverage for Contractors and Employers which replaces the Exclusion for Employer's Liability in Coverage A, in pertinent part, as follows:

**WADE CLARK MULCAHY** | ATTORNEYS

Wayne McClain
Jumpstart Realty, LLC
December 22, 2014
Page 5 of 9

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**Limited Coverage for Contractors and Employees (General Liability)**
This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

A. SECTION 1 – COVERAGE A BODILY INJURY AND PROPERTY DAMAGE, 2. Exclusions, e is deleted and replaced as follows:

This insurance does not apply to:

e.      Employer's Liability

"Bodily Injury" to:

(1) An "employee", "temporary worker", "leased employee", or independent contractor of the insured or any additional insured or employee of any independent contractor arising out of and in the course of:

(A) Employment by the insured or any additional insured or independent operator

(B) Performing duties related to the conduct of the insured or any additional insured's business; or

(C) Arising out of the injured party's employment;

\* \* \*

MUSIC next calls your attention to Endorsement Form CG 21 39 10 93: CONTRACTUAL LIABILITY LIMITATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the DEFINITIONS Section is replaced by the following:

**WADE CLARK MULCAHY** | ATTORNEYS

Wayne McClain
Jumpstart Realty, LLC
December 22, 2014
Page 6 of 9

"Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement.

* * *

Based on the foregoing, MUSIC disclaims coverage to Jumpstart Realty, LLC. MUSIC will not defend or indemnify Jumpstart Realty, LLC or any other person or entity in the Lawsuit.

MUSIC realizes that the allegations contained in the plaintiff's complaint are unsubstantiated and MUSIC's disclaimer is not intended to infer that they have any merit. However, MUSIC must refer to those allegations to detail how your coverage does not apply.

The complaint filed by the plaintiff alleges that he was injured while in the course of his employment on July 30, 2012 on a residential construction project commonly known Woodstock Commons in Ulster, NY. He alleges that his injuries were caused by being struck by sheets of drywall that fell from where they had been stacked near a location where he was walking.

The MUS 01 01 20007 12 07 Endorsement- Limited Coverage for Contractors and Employers, cited above specifically excludes coverage under your policy for "Bodily Injury" to any employee, temporary worker, leased employee, independent contractor of the insured, additional insured or independent operator arising out of the injured party's employment. Therefore, MUSIC disclaims coverage to you for the Lawsuit.

**WADE CLARK MULCAHY** | ATTORNEYS

Wayne McClain
Jumpstart Realty, LLC
December 22, 2014
Page 7 of 9

The section cited above regarding your Duties in the Event of an Occurrence, Event, Claim or Suit serves as a bar to coverage under the policy for any damages awarded to the plaintiff that may have been prevented, avoided or mitigated by timely notice of the July 30, 2012 incident. MUSIC was not notified of this claim or suit until December 4, 2014 and hereby reserves its right to disclaim coverage to the extent that MUSIC has been prejudiced due to late notice.

The Contractual Liability Limitation endorsement of the policy is cited above to advise you that MUSIC disclaims coverage to the extent there are any claims of contractual indemnity that may arise out of any contracts or agreements you entered into with any person or organization wherein you agreed to indemnify any person or entity that does not meet the specific definition of "insured contract" as amended by Endorsement CG 21 39 10 93 cited above. MUSIC hereby disclaims coverage under this policy to the extent any person or entity seeks contractual indemnification arising from any contract that does not meet the specific definition of "insured contract" in the policy and all other terms and conditions of the policy.

If you have any insurance that may be applicable to this claim, written notice must be provided to that insurance company immediately. If you are unsure as to whether other insurance is applicable, contact your agent immediately. It is your responsibility to determine whether there are any additional policies of insurance that may provide coverage to you for this claim. Neither MUSIC, nor any other party retained on its behalf, will be responsible for determining whether you are protected by any other insurance for this claim.

MUSIC'S disclaimer is based on the facts as now known by it and the information provided to MUSIC to date. Please be advised that MUSIC's actions done during the investigation of this claim are done without waiver of the rights of MUSIC's ability to disclaim coverage on other grounds and refer to any other terms, conditions and exclusions contained in the MUSIC policy. MUSIC specifically reserves the right to assert and rely upon any other terms, conditions and exclusions contained in the MUSIC policy, whether or not referred to in this correspondence. Any action taken by MUSIC, its agents or representatives in investigating this claim shall not estop MUSIC from asserting, at a later time, any rights or policy defenses which may be available now or hereafter. All such rights and defenses are hereby expressly reserved. Further, MUSIC specifically reserves the right to bring an action to declare the obligations and responsibilities of the parties hereto under the contract of insurance.

We invite you to submit any additional facts or information you believe may have a bearing on the coverage issues discussed in this letter. You may also call me at 212.267.1900 if you would like to discuss any of these issues.

**WADE CLARK MULCAHY** | ATTORNEYS

Wayne McClain
Jumpstart Realty, LLC
December 22, 2014
Page 8 of 10

If you do not agree with this decision, you may contact the Division of Consumer Affairs within the State of Connecticut Insurance Department at the following address: Connecticut Insurance Department, Consumer Affairs Division, P.O. Box 816, Hartford, CT 06142-0816. You may also reach the Division of Consumer Affairs within the State of Connecticut Insurance Department at email address; ctinsdept.consumeraffairs@po.state.ct.us: or at the following telephone numbers; 800-203-3447 (Connecticut only), 860-297-3900 (Hartford area or outside of Connecticut).

Sincerely,

WADE CLARK MULCAHY

*Michael Bono*
*MB/bo*

### VIA CERTIFIED MAIL/RRR

cc:    Larkin Axelrod, Ingrassia & Tetenbaum
365 Meadow Avenue
Newburgh, NY 12550
Attorneys for Plaintiff

### REGULAR MAIL

Mainetti, Mainetti & O'Connor, P.C.
130 N. Front Street
Kingtson, NY 12401
Attorneys for Plaintiff

Cartafalsa, Slattery, Turpin & Lenoff
560 White Plains Road
Suite 300
Tarrytown, NY 10591
Attorneys for Marjam Supply Co.

Kessler Law Offices
P.O. Box 294
Westtown, NY 10998
Attorneys for Libolt & Sons

**WADE CLARK MULCAHY** | ATTORNEYS

Wayne McClain
Jumpstart Realty, LLC
December 22, 2014
Page 9 of 10

Burke Scolamiero Mortati & Hurd, LLP
437 East Allen Street
Hudson NY 12534
Attorneys for Playhouse and Elwynne LP

Craig P. Curcio Law Offices
384 Crystal Run Road.
Suite 202
Middletown, NY 10941
Attorneys for The Rocker II Drywall

Chicketa Watson
741 Brewster Street
Bridgeport CT 06605

HTR Construction
41 Forest Drive
Middleton, NY 10940

HTR Construction
P.O. Box 163
Otisville, NY 10963

Tri-Con Construction
Kenneth Stark
976 North Road
Chester, NJ 07930

Mombasha Electric
58 Murray Avenue
Goshen, NY 10924-1517

Dynamic Plumbing Heating and Air Conditioning
1661 Little Britain Road
Rock Tavern, NY 12575

Woodstock Commons Housing Development
Funding Co. Inc.
289 Fair Street
Kingston, NY 12401

Rural Ulster Preservation Co. Inc.
289 Fair Street
Kingston, NY 12401