# EXHIBIT 5

RECEIVED

JUL 0 5 2023

Selective Insurance
Corporate Legal Department

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF ULSTER**

-------------------------------------------------------------------X    **Index No. 13-1727**

NICHOLAS WILEY,

                      Plaintiff,    **NOTICE OF ENTRY**
**OF JUDGMENT**

       -against-

MARJAM SUPPLY CO., INC, MARJAM SUPPLY OF
BAYSHORE, INC., MARJAM SUPPLY OF REWE
STREET LLC, PLAYHOUSE AND ELWYNN LIMITED
PARTNERSHIP, WOODSTOCK COMMONS HOUSING
DEVELOPMENT FUNDING COMPANY, INC., RURAL
ULSTER PRESERVATION COMPANY, INC., LIBOLT
& SONS, INC d/b/a AFFORDABLE HOUSING
CONCEPTS, THE ROCKER II DRYWALL SERVICES,
LLC, CHICKETA WATSON, JUMPSTART REALITY,
LLC, HTR CONSTRUCTION, LTD., TRI-CON
CONSTRUCTION LTD., MOMBASHA ELECTRIC
CONTRACTING INC., and DYNAMIC PLUMBING,
HEATING & AIR CONDITIONING COMPANY, INC.,

                 Defendants.

-------------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that the annexed document is a copy of the

Judgment duly entered in the above-captioned action and filed in the office of the

Clerk of this Court on January 22, 2021.

Dated: Poughkeepsie, New York
       June 30, 2023

                               Michael Treybich, Esq.
                               TREYBICH LAW, P.C.
                          Attorneys for the Plaintiff
                               *Nicholas Wiley*
                             272 Mill Street
                    Poughkeepsie, New York 12601
                              845 554 5295

**To:**    Chicketa Watson
         Jumpstart Reality LLC
         699 Brewster St.
         Bridgeport, CT 06605

Jumpstart Reality LLC
699 Brewster St.
Bridgeport, CT 06605

Mesa Underwriters Specialty Insurance Company,
40 Wantage Avenue,
Branchville, New Jersey 07890

# EXEMPLIFICATION

STATE OF NEW YORK      )
COUNTY OF ULSTER)        ss:

      I, Nina Postupack, Clerk of said County, and also Clerk of the Supreme and County courts, being courts of record held therein, do herby certify that I have compared the annexed copy of
CIVIL CASE #13-1727; DOC #21-149 NICHOLAS WILEY, LIBOLT&SONS INC, AFFORDABLE HOUSING CONCEPTS D/B/A -V- MARJAM
SUPPLY CO INC, MARJAM SUPPLY OF BAYSHORE INC, MARJAM SUPPLY OF REWE STREET LLC, PLAYHOUSE&ELWYNN LP, ET AL.
and of the endorsements thereon, with the original records now on file and entered in this office, and that the same is a correct copy and transcript of the same, and of the whole of said original.

      In Testimony Whereof, I have hereunto set my hand and affixed my official seal this 30TH day of NOVEMBER 20 21 .

(seal)

_____
Nina Postupack, County Clerk

STATE OF NEW YORK      )
THIRD JUDICIAL DEPARTMENT ) ss:
COUNTY OF ULSTER)

            **James P. Gilpatric**
               **J.S.C.**
I, _____ a Justice in the Third Judicial Department of the Supreme Court of the State of New York, do hereby certify that Nina Postupack, the individual named in the foregoing certificate as Clerk, was at the time of making said certificate, Clerk of the said County of Ulster, and Clerk of the Supreme Court, duly elected and qualified, and the foregoing signature by her is genuine; that as such Clerk, she had the custody of the original records of the said Supreme Court, and the foregoing attestation to said copy of said record is in due form of law.

      Witness my hand, this ___1___ day of December 2021 .

_____
Justice of the Supreme Court
**James P. Gilpatric**
**J.S.C.**

STATE OF NEW YORK      ) ss:
ULSTER COUNTY CLERK'S OFFICE)

      I, Nina Postupack, Clerk of said County and also Clerk of the Supreme Court of the said State, being a Court of Record held therein, do herby certify that JAMES P. GILPATRIC J.S.C , whose name is subscribed to the preceding certificate, was at the time of signing said certificate, one of the Presiding Justices of the said Court, for the Third Judicial Department of the State of New York, duly commissioned and qualified and that the signature of said Justice to the certificate is genuine.

      In Testimony whereof, I have hereunto set my hand and affixed the seal of said Court this 6TH day of DECEMBER 20 21 .

(seal)

_____
Nina Postupack, County Clerk



# ULSTER COUNTY – STATE OF NEW YORK
### NINA POSTUPACK, COUNTY CLERK
### 244 FAIR STREET, KINGSTON, NEW YORK 12401

---

## COUNTY CLERK'S RECORDING PAGE
### ***THIS PAGE IS PART OF THE DOCUMENT – DO NOT DETACH***

---



**Recording:**

Motion / Cross Motion     0.00

Total:     0.00
**** NOTICE: THIS IS NOT A BILL ****

**INSTRUMENT #: 2021-149**

Receipt#: 2021005587
Clerk:   PM
Rec Date: 01/22/2021 12:18:06 PM
Doc Grp:  J
Descrip:  JUDGMENT MONEY
Num Pgs:  17
Rec'd Frm: ULSTER COUNTY SUPREME COURT

Party1:  WILEY NICHOLAS
Party2:  WATSON CHICKETA

Related:  Case#: 2013-1727

**WARNING***
*** Information may be amended during the verification process, and may not be reflected on this cover page.

THIS PAGE CONSTITUTES THE CLERK'S ENDORSEMENT, REQUIRED BY SECTION 316-a (5) & 319 OF THE REAL PROPERTY LAW OF THE STATE OF NEW YORK.

Record and Return To:

Nina Postupack
Nina Postupack
Ulster County Clerk

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ULSTER

-------------------------------------------------------X

NICHOLAS WILEY,

                             Plaintiff(s),

       - against -

MARJAM SUPPLY CO., INC., MARJAM SUPPLY OF
BAYSHORE, INC., MARJAM SUPPLY OF REWE
STREET LLC, PLAYHOUSE AND ELWYNN LIMITED
PARTNERSHIP, WOODSTOCK COMMONS
HOUSING DEVELOPMENT FUNDING COMPANY,
INC., RURAL ULSTER PRESERVATION COMPANY,
INC., LIBOLT & SONS, INC. d/b/a AFFORDABLE
HOUSING CONCEPTS, THE ROCKER II DRYWALL
SERVICES, LLC, CHICKETA WATSON, JUMPSTART
REALITY, LLC, HTR CONSTRUCTION LTD., TRI-
CON CONSTRUCTION LTD., MOMBASHA
ELECTRIC CONTRACTING INC., and DYNAMIC
PLUMBING, HEATING & AIR CONDITIONING
COMPANY, INC.,

                          Defendant(s)

-------------------------------------------------------X

**JUDGMENT**

Index No.: 13-1727

FILED
12 H 18 M

JAN 22 2021

Nina Postupack
Ulster County Clerk

The plaintiff NICHOLAS WILEY having moved for judgment by default in this

matter for the failure of defendants CHICKETA WATSON and JUMPSTART

REALITY, LLC to appear, answer, or timely defend and default judgment having been

granted by Hon. Christopher E. Cahill, Justice of the Supreme Court for Ulster County,

on the 19th day of November 2015 on motion of plaintiff at a term of the Ulster County

Supreme Court held at the Courthouse located at 285 Wall Street, Kingston, New York,

and an inquest for damages having been held on the 14th day of September 2020, and the

plaintiff NICHOLAS WILEY having appeared by his attorney Thomas C. Yatto, Esq. of

O'Connor & Partners, PLLC, and proof having been presented and the Hon. Christopher

√ Supreme Court

E. Cahill on June 14, 2016 having rendered a Decision & Order in favor of the plaintiff

NICHOLAS WILEY for damages for serious injuries incurred to the plaintiff by

defendants CHICKETA WATSON and JUMPSTART REALITY, LLC, and the court

awarding the plaintiff NICHOLAS WILEY the sum of ONE MILLION FOUR

HUNDRED THOUSAND AND 00/100 DOLLARS ($1,400,000.00) for pain and suffering

as against the defendants CHICKETA WATSON and JUMPSTART REALITY, LLC

with interest from November 19, 2015 thereon running, together with costs and

disbursements as noted in the Judgment and Bill of Costs.

LET JUDGMENT BE ENTERED in the sum of ONE MILLION FOUR

HUNDRED THOUSAND AND 00/100 DOLLARS ($1,400,000.00) with interest from

November 19, 2015 thereon running as against defendants CHICKETA WATSON and

JUMPSTART REALITY, LLC and the plaintiff's costs having been duly taxed by the

clerk in the sum of FIVE THOUSAND FIVE HUNDRED TWELVE AND 32/100

DOLLARS ($5,512.32) as indicated in the annexed Bill of Costs,

NOW, on motion of Thomas C. Yatto, Esq., attorney for plaintiff, it is

ORDERED, adjudged and decreed that plaintiff NICHOLAS WILEY residing at

14 Walnut Lane, Milton, New York 12547, do recover of the defendants CHICKETA

WATSON and JUMPSTART REALITY, LLC, with a principal address and place of

business at 699 Brewster Street, Bridgeport, CT 06605, and real property located at 699

Brewster Street, Bridgeport, CT 06605; the sum of ONE MILLION FOUR HUNDRED

THOUSAND AND 00/100 DOLLARS ($1,400,000.00) with interest from November 19,

2015 thereon running together with costs as taxed in the sum of FIVE THOUSAND

FIVE HUNDRED TWELVE AND 32/100 DOLLARS ($5,512.32) and that plaintiff have

execution thereof.

Judgment signed January 6, 2021 , 2021  CEC 1/6/21
JSC

Hon. Christopher E. Cahill

Judgment Creditor: Nicholas Wiley
14 Walnut Lane
Milton, NY 12547

Judgment Debtors: Chiketa Watson
Jumpstreet Reality LLC
699 Brewster St.
Bridgeport, CT 06605

Jumpstreet Reality LLC
699 Brewster St.
Bridgeport, CT 06605

FILED
12 H 18 M

JAN 22 2021

Nina Postupack
Ulster County Clerk

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ULSTER

Nicholas Wiley

Plaintiff(s)

-against-

Marjam Supply Co., Inc., ET AL

Defendant(s)

Index No. 13-1727

COSTS OF PLAINTIFF

12 H 18 M FILED

JAN 22 2021

Nina Postupack
Ulster County Clerk

## COSTS for:

| | |
|---|---|
| Proceedings before Note of Issue is filed ($200) - CPLR § 8201(1)............................................ | $200.00 |
| Proceedings after Note of Issue is filed and before trial ($200) - CPLR § 8201(2) ..................... | $200.00 |
| Trial ($300) - CPLR § 8201(3)............................................................................................... | $ — |
| Inquest ($300) - CPLR § 8201(3)........................................................................................... | $300.00 |
| Assessment of damages ($300) - CPLR § 8201(3) ................................................................. | $300.00 |
| Additional allowances in real property actions - CPLR § 8302(a), (b), (d)............................... | $ — |
| Motion (fixed by court, not exceeding $100) - CPLR § 8202..................................................... | $100.00 |
| Appeal to Appellate Division ($250 unless court awards lesser amount) - CPLR § 8203 ........... | $250.00 |
| Appeal from County Court to Appellate term - CPLR § 8203(a) ............................................... | $ — |
| Appeal to Court of Appeals ($500 unless court awards lesser amount) - CPLR § 8204............. | $ — |
| Frivolous claims and counterclaims in actions for recover damages for personal injury, injury to property or wrongful death (awarded by court) - CPLR § 8303-a................................ | $ — |

*

SUBTOTAL $ 1350.00

## FEES and DISBURSEMENTS for:

| | |
|---|---|
| Affidavits, oaths, acknowledgments, certification and exemplification - CPLR § 8009.................... | $ — |
| Index number of county clerks - CPLR § 8018................................................................................ | $210.00 |
| Filing note of issue/placing case on calendar - CPLR § 8020(a)..................................................... | $65.00 |
| Filing demand for jury trial - CPLR § 8020(c)................................................................................ | $30.00 |

* Insert any other costs, fees or disbursements.

American LegalNet, Inc.
www.FormsWorkflow.com

Stenographers - CPLR §§ 8301 and 8002 ............................................................ $ 2,850.80

Witnesses - CPLR §§ 8301(a)(1) and 8001 ......................................................... $ 124.00

Referees - CPLR § § 8301(a)(1) and 8003 .......................................................... $ —

Officers - CPLR § 8301(a)(1) ............................................................................. $ —

Commissioners taking depositions (reasonable compensation) - CPLR § 8301(a)(2) ..................... $ —

Publication directed pursuant to law - CPLR § § 8301(a)(3) and 8007 .................... $ —

Certified copy of a paper necessarily obtained for use on trial - CPLR § 8301(a)(4) ................. $ —

Securing copies of opinions and charges of judges - CPLR § 8301(a)(5) ................ $ —

Printing papers for a hearing (reasonable expenses) - CPLR § 8301(a)(6) ............. $ —

Entering and docketing the judgment (prospective charges) - CPLR §§ 8301(a)(7) and 8016(a)(2) ) .......... $ —

Sheriff s fees for receiving and returning order of attachment - CPLR §§ 801 1(a) and 8012 ...................... $ —

Sheriff s fees for receiving and returning one execution - CPLR §§ 8301(a)(8), and 8011 (b), (c) and (d), and 8012 .................................. $ —

Taking and making two transcripts of testimony on an Examination Before Trial (not exceeding $250 in any one action) - CPLR § 8301(a)(9) .................................. $ —

Searches made by title insurance companies - CPLR § 8301(a)(10) ....................... $ —

Searches made by abstract companies - CPLR § 8301(a)(10) .................................. $ —

Searches made by searching companies - CPLR § 8301(a)(10) ............................... $ —

Searches made by a public officer authorized to made official searches and certify to the same - CPLR § 8301(a)(10) ................................... $ —

Searches made by attorney for party to whom costs are awarded (not exceeding cost of similar official searches) - CPLR § 8301(a)(10) ................................... $ 96.12

Securing an undertaking to stay enforcement of a judgment subsequently reversed (reasonable expenses actually incurred) - CPLR § 8301(a)(11) ................................... $ —

Other (reasonable and necessary expenses according to course and practice of court, by express provision of law or by court order) - CPLR § 8301(a)(12) ................................... $ —

Postage - CPLR § 8301(a)(12) ........................................................................... $ 41.40

Appeal to Court of Appeals (clerk's fees) - CPLR § 8301(a)(12) ......................... $ —

Motion (reasonable and necessary expenses awarded upon motion of party or upon court's own initiative) - CPLR § 8301 (b) ................................... $ —

Party not awarded costs in an action or on appeal or in an action for a sum of money where party recovers at least $50 - CPLR § 8301(c) ................................... $ —

Service performed, other than a search (reasonable sum actually and necessarily expended if it is usual charge made by private persons) - CPLR § 8301(d) ................................... $ —

Serving summons and complaint or summons with notice - CPLR §§ 8301(d) and 8011(h) ................ $ 550.00

Serving subpoena - CPLR §§ 8301(d) and 8011(h) .............................................. $ 100.00

Request for Judicial Intervention ....................................................................... $ 95.00

\*

\* Insert any other costs, fees or disbursements.

American LegalNet, Inc.
www.FormsWorkflow.com

```
.   .   .    . .
  .    .  .  . ,  . .
    .        .
```

|  |  |
|---|---|
| **SUBTOTAL** | $ 4,162.32 |
| **TOTAL** | $ 5,512.32 |

**Attorney's Affirmation**

STATE OF NEW YORK )

COUNTY OF ULSTER )   ss.:

Costs Taxed $ 5512.32

Date: Jan. 22, 2021
Nina Postupack, Clerk

    The undersigned, JOSEPH E O'CONNOR, an attorney duly admitted to practice law in the courts of the State of New York, hereby affirms the following under penalty of perjury: I am ** ATTORNEY FOR PLAINTIFF NICHOLAS WILEY

and as such, am fully familiar with the facts and circumstances of the above captioned action; that the foregoing costs are correct and were necessarily incurred in this action and are reasonable in amount; and that the services for which fees have been charged were actually and necessarily performed and are reasonable in amount.

Dated: 12/22/20

    (Affirming attorney must sign above and type name below)

JOSEPH E. O'CONNOR, ESQ.
O'CONNOR & PARTNERS PLLC

** Insert attorney of record information.

Attorney(s) for PLAINTIFF
Office and P.O. Address
255 WALL ST.
KINGSTON, NY 12401
Telephone No.: 845 303 8777

Costs are taxed in the amount of _____
and included in the judgment.

Dated: _____

    _____
    Clerk of the Court

* Insert any other costs, fees or disbursements.

American LegalNet, Inc.
www.FormsWorkflow.com

## Notice of Taxation

PLEASE TAKE NOTICE that the within is a true copy of the items of costs, fees and disbursements in the within action which WILL BE * * * taxed by the Clerk of the within Court on [insert date and time of taxation] and the amounts of same inserted in the judgment.

Dated: 12/22/2020

(Attorney must sign above and type name below)

JOSEPH E. O'CONNOR SR.

O'CONNOR & PARTNERS PLLC

Attorney(s) for ___Plaintiff___

Office and P.O. Address

255 WALL STREET

KINGSTON, NY 12401

Telephone No.: 845 303 8727

*** Insert "have been" or "will be", as the case may be. See CPLR §§ 8402 and 8403.

American LegalNet, Inc.
www.FormsWorkflow.com

**Julie A. Provenzano**
*Professional Court Reporter*

**INVOICE**

15 Dunneman Avenue
Kingston, New York 12401
Phone (845) 331-1314
S.S # 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

**DATE:** 10/20/15

| TO: | CASE: |
|---|---|
| MAINETTI, MAINETTI & O'CONNOR, P.C. | NICHOLAS WILEY v. MARJAM SUPPLY CO. et al |
| 130 North Front Street | |
| Kingston, NY 12401 | |
| **ATTN:** Michael Kolb, Esq. | **EBT held on:** 10/15/15 |

| DESCRIPTION | | | |
|---|---|---|---|
| Original EBT of HUGO BENCOMO (for Deft. ROCKER II DRYWALL) | 96 | 3.15 | $302.40 |
| (Your share of billing) | | | |
| PDF e-mailed | | | |
| No charge for appearance fee. | | | |
| No charge for word index. | | | |

*Make all checks payable to Julie A. Provenzano.*
*Total due in 30 days. A service charge of 1.5% per month, 18% APR, will be added to all overdue invoices. In the event of a collection, you will be responsible for all service charges and attorney's fees.*

*THANK YOU FOR YOUR BUSINESS!*

# Julie A. Provenzano
**Professional Court Reporter**

15 Dunneman Avenue
Kingston, New York 12401
Phone (845) 331-1314
S.S # 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

# INVOICE

DATE: 9/7/15

| TO: | CASE: |
|---|---|
| MAINETTI, MAINETTI & O'CONNOR, P.C. | WILEY v. MARJAM SUPPLY et al. |
| 130 North Front Street | |
| Kingston, NY 12401 | |
| ATTN: Michael Kolb, Esq. | EBT held on 8/26/15 |

| DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|
| Original EBT of EDWIN NIEVES (for Deft, MARJAM SUPPLY) | 70 | 3.00 | $210.00 |
| Original EBT of JOSHUA MOUSSEAU (for Deft, LIBOLT & SONS) | 72 | 3.00 | 216.00 |
| (Your share of billing) | | | |

WILEY01

| | | | |
|---|---|---|---|
| PDF's e-mailed | | | |
| No charge for appearance fee. | | | |
| No charge for word index. | | | |

TOTAL AMOUNT DUE

Make all checks payable to Julie A. Provenzano.
Total due in 30 days. A service charge of 1.5% per month, 18% APR, will be added to all overdue invoices. In the event of a collection, you will be responsible for all service charges and attorney's fees.

THANK YOU FOR YOUR BUSINESS!



**National Court Reporters, Inc.**
7835 Freeway Circle
Cleveland, OH 44130
440-826-4000   Fax# 440-826-0361

# Invoice




| Invoice Date | Invoice # |
|---|---|
| 1/11/2016 | 20590 |



Michael Kolb, Esq.
Mainetti, Mainetti & O'Connor
130 North Front St
Kingston, NY 12401



Wiley vs. Marjam Supply Co.

## Tax I.D. 20-2169149




Case No:

| Date | Reporter | Item | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|---|---|
| 12/11/2015 | Chicketa Watson | Court Reporter Ap... | Appearance of the Court Reporter (2 hour Minimum) | | 495.00 | 495.00 |
| | | Certificate of Non-... | Certificate of Non-Appearance | | 295.00 | 295.00 |
| | | Conference Facility | Conference Room / Facility | | 495.00 | 495.00 |
| | | Administration Fee | Administration Fee | | 49.00 | 49.00 |
| | | Shipping & Handli... | Shipping and Handling | | 37.50 | 37.50 |
| | | | | | | 1.371.50 |



All invoices over 30 days are subject to collection fees,
including, but not limited to:
A monthly administrative fee of $50 and maximum
interest rate allowable by law.

| | |
|---|---|
| **Total** | $1,371.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,371.50 |

**NATIONAL COURT REPORTERS, INC. VALUES YOUR BUSINESS. WE KNOW THAT YOU HAVE CHOICES AND
WE APPRECIATE YOUR FIRM CHOOSING OUR FIRM.**

**Julie A. Provenzano**
*Professional Court Reporter*

15 Dunneman Avenue
Kingston, New York 12401
Phone (845) 331-1314
S.S #.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

# INVOICE

DATE: 12/21/15

| TO: | CASE: |
|---|---|
| MAINETTI, MAINETTI & O'CONNOR, P.C. | WILEY V. MARJAM SUPPLY et al |
| 130 North Front Street | |
| Kingston, NY. 12401 | |
| ATTN: Michael Kolb, Esq. | EBT held on: 12/9/15 & 12/10/15 |

| DESCRIPTION | PAGES | PRICE | |
|---|---|---|---|
| Original EBT of JOSEPH CERASANI (for Deft. MARJAM SUPPLY CO) | 74 | 3.15 | |
| Original EBT of Non-Party Witness: ROBERT FIGUEROA | 83 | 3.00 | |
| (Your share of billing) | | | |

PDF's e-mailed
No charge for appearance fee
No charge for word index

Make all checks payable to Julie A. Provenzano.
Total due in 30 days. A service charge of 1.5% per month, 18% APR, will be added to all overdue invoices. In the collection, you will be responsible for all service charges and attorney's fees.

THANK YOU FOR YOUR BUSINESS!

Mary T. Babiarz
Court Reporting Service, Inc.
11 Market Street; Suite 215
Poughkeepsie, NY 12601
 45) 471-2511   Fax (845) 471-2822

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 62174 | 05/23/2016 | 01-49585 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/04/2016 | EVANLA | |

### CASE CAPTION

Wiley vs. Marjam Supply Co., Inc., et al

### TERMS

Due upon receipt

Michael Kolb, Esq.
Mainetti, Mainetti & O'Connor, P.C.
130 North Front Street
Kingston, NY 12401

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Israel Zuniga                          52 Pages            247.00
            Reporter Attendance Fee                             10.00
            Shipping and Handling                               11.80

                              TOTAL  DUE  >>>>           268.80


Thank you for your business!

ALL BILLS UNPAID FOR OVER 30 DAYS ARE
SUBJECT TO A CHARGE OF 1.5% PER MONTH

***WE ACCEPT MASTERCARD/VISA
 ND AMERICAN EXPRESS***
```



RECEIVED
MAY 2 4 2016
Mainetti, Mainetti & O'Connor

TAX ID NO.:  14-1722652                                    (845) 331-9434

*Please detach bottom portion and return with payment.*

Michael Kolb, Esq.
Mainetti, Mainetti & O'Connor, P.C.
130 North Front Street
Kingston, NY 12401

```
Invoice No.:  62174
Date       :  05/23/2016
TOTAL DUE  :     268.80



Job No.    :  01-49585
Case No.   :
Wiley vs. Marjam Supply Co., Inc., e
```

t To:   **Mary T. Babiarz**
        **Court Reporting Service, Inc.**
        **11 Market Street; Suite 215**
        **Poughkeepsie, NY 12601**

THE RATES USED TO CALCULATE CLIENT/REFERENCE CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON RETAIL RATES
SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL ONLINE CHARGES.

ACCT# 1000161164
MAINETTI MAINETTI & OCONNOR
KINGSTON, NY 12401-3741

CLIENT/REFERENCE BY USER BY DAY DETAIL

MAR 01, 2017 - MAR 31, 2017

INVOICE # 835858373
POSTING # 6114191720

PAGE
14

| CLIENT/REFERENCE | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE IN USD* |
|---|---|---|---|---|---|
| TOTAL WEIGHT CHARGES | :00S | 197S | :00S | 0S | 0.00S |
| WILEY | | | | | |
| 3412996 OCONNOR, JOSEPH | | | | | |
| 03/01/2017 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 2 | | | 0.00 |
| DOCUMENT DISPLAYS | | 15 | | | 0.00 |
| KEYCITE | | 3 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 20I | :00I | 0I | 0.00I |
| SPECIAL PRICING EXCLUDED CHARGES(E) | | | | | |
| DOCUMENT DISPLAYS | | 1 | | | 96.12 |
| TOTAL SPECIAL PRICING EXCLUDED CHARGES(E) | :00E | 1E | :00E | 0E | 96.12E |
| 12780927 MAINETTI, ALEXANDER E | | | | | |
| 03/02/2017 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 2 | | | 0.00 |
| DOCUMENT DISPLAYS | | 3 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 5I | :00I | 0I | 0.00I |
| 03/07/2017 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 2 | | | 0.00 |
| DOCUMENT DISPLAYS | | 17 | | | 0.00 |
| KEYCITE | | 2 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 21I | :00I | 0I | 0.00I |
| 03/08/2017 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 1 | | | 0.00 |
| DOCUMENT DISPLAYS | | 7 | | | 0.00 |
| KEYCITE | | 1 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 9I | :00I | 0I | 0.00I |
| 03/13/2017 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| DOCUMENT DISPLAYS | | 2 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 2I | :00I | 0I | 0.00I |
| 03/15/2017 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| DOCUMENT DISPLAYS | | 1 | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 1I | :00I | 0I | 0.00I |
| TOTAL WILEY CHARGES | :00S | 59S | :00S | 0S | 96.12S |
| ZEBORIS | | | | | |
| 12780928 RAGUCCI, CHRISTOPHER P | | | | | |

* INCLUDES APPLICABLE TAXES

1085

1000161164                        A

**AB LEGAL RESOURCES, INC.**
130 N. Front Street, Ste.3
Kingston, NY 12401
Phone: 845-383-1421

Terms Net 30
Invoice #: 1421
Date: 09/18/2014

To: Mainetti, Mainetti & O'Connor
130 N. Front Street
Kingston, NY 12401

## INVOICE FOR SERVICE

| | |
|---|---|
| Service #2850: HTR CONSTRUCTION LTD. , 99 Commerce Ave Albany NY **NICHOLAS WILEY v. MARJAM SUPPLY CO., INC., ET AL.** | Your File# Court Case #: 13-1727 |
| NY Dept of State Fees | $40.00 |
| NY Dept of State Process Service Fee | $45.00 |

PAID
[0-24-14]
WILE01

| | |
|---|---|
| Service #2851: TRI-CON CONSTRUCTION LTD. , 99 Commerce Ave Albany NY **NICHOLAS WILEY v. MARJAM SUPPLY CO., INC., ET AL.** | Your File# Court Case #: 13-1727 |
| NY Dept of State Fees | $40.00 |
| NY Dept of State Process Service Fee | $45.00 |

| | |
|---|---|
| Service #2852: MOMBASHA ELECTRIC CONTRACTING INC. , 99 Commerce Ave Albany NY **NICHOLAS WILEY v. MARJAM SUPPLY CO., INC., ET AL.** | Your File# Court Case #: 13-1727 |
| NY Dept of State Fees | $40.00 |
| NY Dept of State Process Service Fee | $45.00 |

| | |
|---|---|
| Service #2853: DYNAMIC PLUMBING, HEATING & AIR CONDITIONINC COMPANY, INC. , 99 Commerce Ave Albany NY **NICHOLAS WILEY v. MARJAM SUPPLY CO., INC., ET AL.** | Your File# Court Case #: 13-1727 |
| NY Dept of State Fees | $40.00 |
| NY Dept of State Process Service Fee | $45.00 |

| | |
|---|---|
| Service #2848: CHIKETA WATSON, 741 | Your File# |

1

Brewster Street Bridgeport CT
NICHOLAS WILEY v. MARJAM
SUPPLY CO., INC., ET AL.

Court Case #: 13-1727

Mailed to Correspondent

$105.00

Service #2849: JUMPSTREET REALITY,
LLC, 699 Brewster Street Bridgeport CT
NICHOLAS WILEY v. MARJAM
SUPPLY CO., INC., ET AL.

Your File#
Court Case #: 13-1727

Mailed to Correspondent

$105.00

**TOTAL CHARGES:**

**$550.00**

**BALANCE:**

**$550.00**

**AB LEGAL RESOURCES, INC.**
130 N. Front Street, Ste.3
Kingston, NY 12401
Phone: 845-383-1421

Terms Net 30
Invoice #: 2135
Date: 02/23/2016

To: Mainetti Mainetti and O'Connor
130 North Front Street
Kingston , NY 12401

## INVOICE FOR SERVICE

Service #4222: ISRAEL ZUNIGA, 22 Lori
St. Poughkeepsie NY
NICHOLAS WILEY v. MARJAM
SUPPLY CO., INC., ET AL.

Your File#
Court Case #: 13-1727

Within 21-30 miles of Kingston

$100.00

**TOTAL CHARGES:**

**$100.00**

**BALANCE:**

**$100.00**

WILE01

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ULSTER

---------------------------------------------------------------------X

NICHOLAS WILEY,

                         Plaintiff,

          -against-

MARJAM SUPPLY CO., INC, MARJAM SUPPLY OF
BAYSHORE, INC., MARJAM SUPPLY OF REWE
STREET LLC, PLAYHOUSE AND ELWYNN LIMITED
PARTNERSHIP, WOODSTOCK COMMONS HOUSING     **Index No. 13-1727**
DEVELOPMENT FUNDING COMPANY, INC., RURAL
ULSTER PRESERVATION COMPANY, INC., LIBOLT
& SONS, INC d/b/a AFFORDABLE HOUSING
CONCEPTS, THE ROCKER II DRYWALL SERVICES,
LLC, CHICKETA WATSON, JUMPSTART REALITY,
LLC, HTR CONSTRUCTION, LTD., TRI-CON
CONSTRUCTION LTD., MOMBASHA ELECTRIC
CONTRACTING INC., and DYNAMIC PLUMBING,
HEATING & AIR CONDITIONING COMPANY, INC.,

                         Defendants.

---------------------------------------------------------------------X

### NOTICE OF ENTRY OF JUDGMENT; EXEMPLIFIED JUDGMENT

       To the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers or the contentions therein are not frivolous as defined in subsection (c) of §130-1.1 of the Rules of the Chief Administrator (22NYCRR).

                                 Michael Treybich, Esq.
                                 TREYBICH LAW, P.C.
                           Attorneys for the Plaintiff
                                *Nicholas Wiley*
                              272 Mill Street
                    Poughkeepsie, New York 12601
                           (845) 554 5295

Treybich Law, P.C.
272 Mill St.
Poughkeepsie, NY 12601

Retail


UNITED STATES
POSTAL SERVICE®



07890

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
POUGHKEEPSIE, NY 12601
JUN 30, 2023

**$1.98**

R2304N118241-27

Mesa Underwriters Specialty Insurance Co.
40 Wantage Avenue
Branchville, NJ 07890